# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL R. LOPEZ, | CASE NO. 1:12-cv-01972-LJO-SKO |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| | (Document No. 2) |
| JOHN H. MISSIRLIAN, et al., | |
| Defendants. | |

Plaintiff Manuel R. Lopez ("Plaintiff") is a prisoner proceeding pro se and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by Section 1915(a), and the request to proceed in forma pauperis is GRANTED. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Fresno County Jail shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court**

1 **each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. §**
2 **1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**
3 **The payments shall be clearly identified by the name and number assigned to this action.**

4       3.      The Clerk of the Court is directed to serve a copy of this order and a copy of
5 Plaintiff's in forma pauperis application on the Fresno County Jail via the electronic case filing
6 system (CM/ECF).

7       4.      The Clerk of the Court is directed to serve a copy of this order on the Financial
8 Department, U.S. District Court, Eastern District of California, Fresno Division.

9 IT IS SO ORDERED.

10 **Dated:**   **January 3, 2013**             /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE